**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

TORBIO ALVARADO

    VS                                      CASE NO. 1:15-cv-133-MP-CAS

STATE OF FLORIDA and
ATTORNEY GENERAL STATE OF FLORIDA

**REFERRAL AND ORDER**

The motion was filed by defendant on 12/2/2015 (document #9), and referred to Magistrate Judge Charles A. Stampelos on 12/3/2015.

Summary of motion: First Motion for Extension of Time to File Answer.

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT


                                              s/ Chip Epperson    
                                          DEPUTY CLERK

---

**ORDER OF COURT**

Upon consideration of the foregoing, it is ORDERED this 3rd day of December, 2015, the requested relief is **GRANTED.** The time for filing a response to the Petition is extended to February 5, 2016. Petitioner shall have until March 7, 2016, to file a reply, if any.

                                     S/ Charles A. Stampelos
                               UNITED STATES MAGISTRATE JUDGE