# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**TORBIO ALVARADO,**

    *Petitioner,*

v.                                        **CASE NO. 1:15-cv-00133-MP-CAS**

**STATE OF FLORIDA,**
**ATTORNEY GENERAL, STATE OF FLORIDA,**

    *Respondents.*

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 1, 2016. ECF No. 20. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner was granted an extension to file objections, ECF No. 23, but failed to timely file objections.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this order.

2. Respondents' Motion to Dismiss, ECF No. 16, is **GRANTED**.

3. Petitioner's petition for writ of habeas corpus filed under 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED** as untimely.

4. A certificate of appealability is **DENIED**.

5. Leave to appeal *in forma pauperis* is **DENIED**.

6. The clerk is directed to close the file.

**SO ORDERED on September 26, 2016.**

        <u>s/Mark E. Walker</u>
        **United States District Judge**